
# COUNTY OF NASSAU
## OFFICE OF THE COUNTY ATTORNEY

Writer's Telephone: (516) 571-3931
Writer's E-Mail: ctauster@nassaucountyny.gov

April 19, 2019

Hon. Sandra J. Feuerstein
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

                                      Re: <u>Gildea v. The County of Nassau, et.al.</u>
                                           Docket No. CV-16-645 (JFB)(AKT)

Dear Judge Feuerstein,

     The Office of the Nassau County Attorney represents Defendants County of Nassau, P.O. Jason Wrieske, and P.O. James Dobbs (s/h/a "P.O. Lue Dobbs") (hereinafter collectively referred to as the "County Defendants"), in the above-referenced matter.

     Per Rule 4B(i) of Your Honor's Part Rules, this letter shall serve as notice that the County Defendants have brought a Notice of Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(1) for lack of subject-matter jurisdiction. This matter was removed from the Supreme Court of New York, Nassau County on April 12, 2019. Pursuant to Fed. R. Civ. P. 81(c)(2), "… A defendant who did not answer before removal must answer or present other defenses or objections under these rules within the longest of these periods… (C) 7 days after the notice of removal is filed." Therefore, the County Defendants' Notice of Motion to Dismiss is timely.

     As set forth in Rules 4(B)(i) and (ii) of Your Honor's Part Rules, a copy of the Notice of Motion, Declaration, Memorandum of Law, and related exhibits is being served on counsel for the Plaintiff simultaneously with the filing of this letter.

     Thank you for your time and consideration.

                                                         Respectfully,

                                                          *Callan Wright Tauster*
                                                          Callan Wright Tauster
                                                          Deputy County Attorney

CC:      Stephanie G. Ovadia, Esq., *Attorney for Plaintiff (Via ECF)*