```
-----------------------------------------X
```
IN THE MATTER OF THE CLAIM OF:

SHARONANN GILDEA,

               Claimant,

       -against-

POLICE OFFICER JASON WRIESKE, NASSAU COUNTY
POLICE DEPARTMENT, SEVENTH PRECINCT, 3636
MERRICK ROAD, SEAFORD, NEW YORK  11783;
POLICE OFFICER LUE DOBBS, NASSAU COUNTY
POLICE DEPARTMENT, SEVENTH PRECINCT, 3636
MERRICK ROAD, SEAFORD, NEW YORK  11783; NASSAU
COUNTY POLICE DEPARTMENT, SEVENTH PRECINCT,
3636 MERRICK ROAD, SEAFORD, NEW YORK  11783;
COUNTY OF NASSAU, COUNTY EXECUTIVE, 1550
FRANKLIN AVENUE, MINEOLA, NEW YORK 11501;
and COUNTY OF NASSAU, NASSAU COUNTY ATTORNEY,
1 WEST STREET, MINEOLA, NEW YORK  11501,

               Respondents.

```
-----------------------------------------X
```

               One West Street
               Mineola, New York

               December 18, 2018
               2:15 p.m.


     50-h HEARING of SHARONANN GILDEA, the

Claimant herein, taken by the attorney for

Respondents, pursuant to Section 50(h) of the

General Municipal Law, held at the above-mentioned

time and place, before Claudia DiStefano, a Notary

Public of the State of New York.

**ORIGINAL**

1

2   A P P E A R A N C E S:

3

4   RATSENBERG & ASSOCIATES, P.C.
        Attorneys for Claimant
5       2579 East 17th Street, Suite 51
        Brooklyn, New York  11235
6
    BY:  STEPHANIE G. OVADIA, ESQ.
7

8

9
    JARED A. KASSCHAU, ESQ.
10  OFFICE OF THE NASSAU COUNTY ATTORNEY
        Attorneys for Respondents
11      One West Street
        Mineola, New York  11501
12
    BY   CALLAN W. TAUSTER, DEPUTY COUNTY ATTORNEY
13  File No. 18X88460

14

15

16

17

18

19

20

21

22

23

24

25

1

2    S H A R O N A N N    G I L D E A, after having

3        first been duly sworn by a Notary Public of

4        the State of New York, was examined and

5        testified as follows:

6    EXAMINATION BY

7    MS. TAUSTER:

8        Q    Would you please state your name for

9    the record?

10       A    Sharonann Gildea.

11       Q    What is your present home address?

12       A    ██████████████████████████████

13    ████████████████████

14           MS. TAUSTER:  Good morning, Ms.

15       Gildea.  My name is Callan Tauster, and I am

16       a Deputy County Attorney with the Nassau

17       County Attorney's office.

18           I'm going to be asking you a series

19       of questions about the incident that

20       occurred in March of 2017.

21           Before we begin, just a few

22       housekeeping issues.  Your attorney may have

23       already gone over this with you.  First is

24       to please wait for me to finish my question

25       prior to answering.  That way the court

1                     S. Gildea

2          reporter can get a clear record and two

3          people aren't talking at one time.  I know

4          sometimes you can anticipate what you think

5          I'm going to ask, but I just ask that you

6          wait.

7                  All of your responses need to be

8          verbal, no nodding or shaking of the head,

9          no hand gestures.  That way the court

10         reporter can get everything down.

11                 If you need a break at any time, just

12         let me know and I will be happy to

13         accommodate you.

14                 And if you don't understand a

15         question, just let me know and I'll be happy

16         to try to rephrase it in a different manner.

17         Okay?

18                 THE WITNESS:  Okay.

19         Q       The first one is an easy one.  What's

20  your name?

21         A       Sharonann Gildea.

22         Q       Are you known by any other name?

23         A       No.

24         Q       Your date of birth?  But before you

25  answer, we are only going to put the year of your

1                           S. Gildea

2     birth on the record.  You can tell me the whole

3     birthday, but the court reporter is only going to

4     put down the year.

5            A      XX/XX/68.

6            Q      And your Social Security number?  But

7     same as before.  We're only going to put the last

8     four digits on the record.

9            A      Okay.  XXX-XX-8393.

10           Q      And I apologize for asking this.  I

11    ask everyone.  Are you presently taking any

12    medication that might affect your ability to answer

13    the questions I'm asking today?

14           A      No.

15           Q      Have you ever been a plaintiff in a

16    lawsuit before?

17           A      Have I ever been a plaintiff?  Yes, I

18    have.

19           Q      What was the nature of the claim?

20           MS. OVADIA:  Objection.  But I'll let

21    her answer.

22           A      It was a car accident.

23           Q      When was this?

24           MS. OVADIA:  If you recall.

25           A      I cannot recall.

1                       S. Gildea

2              MS. OVADIA:  If you don't recall, you

3        can say you don't recall.

4        Q      Do you recall who you sued?

5        A      Kevin something.

6        Q      Do you recall the outcome of your

7   lawsuit?

8        A      Yes.

9        Q      What was it?

10       A      I was awarded $25,000.

11       Q      It went to trial?

12       A      It did not.  They settled.

13       Q      Do you recall what venue, and by that

14   I mean what court you brought your lawsuit in?  Was

15   it in Supreme Court of Nassau or another court?

16       A      I know I had to go out to Riverhead

17   at some point.

18       Q      If you don't know, you don't know.

19   That's fine.

20              MS. TAUSTER:  I'll just leave a space

21        in the transcript if you do recall any more

22        details.

23              MS. OVADIA:  I'll take that under

24        advisement.  If she recalls, we'll put it

25        into the transcript.

1                    S. Gildea

2    INSERT:

3         Q      Where do you reside?

4         A      ██████████████████

5         Q      What is the full address?

6         A      ██████████████████████████

7    ████████████████████

8         Q      How long have you resided there?

9         A      Five, six years.

10        Q      Does anyone else reside there with

11   you?

12        A      My daughter.

13        Q      What is her name?

14        A      K.G.

15        Q      How old is she?

16        A      Seventeen.

17               MS. TAUSTER:  So since she's under

18          eighteen, we're just going to put her

19          initials on the record.

20               MS. OVADIA:  You beat me to it.

21        Q      What is your highest level of

22   education?

23        A      I am a year away from my bachelor's

24   in criminal justice.

25        Q      Are you currently attending college?

1                          S. Gildea

2          A      No.

3          Q      Where did you go to college?

4          A      University of Phoenix.

5          Q      When did you start there?

6          A      2003, 2002.  I don't even know.  I

7     don't really --

8          Q      When was the last time you attended

9     there?

10         A      2006.

11         Q      Are you currently employed?

12         A      I do work part-time.  I work about

13    ten hours at the Babylon Burger Bar.

14         Q      Where is that located?

15         A      In Babylon.

16         Q      Do you recall what street or --

17         A      One West Main Street.

18         Q      What is your position there?

19         A      I do desserts.

20         Q      You make the desserts?

21         A      Yes.

22         Q      How long have you worked there?

23         A      Five months.

24         Q      Who was your employer, if you did

25    have one, in March of 2017?

1                         S. Gildea

2               MS. OVADIA:  Are you referring to at

3          the time of the accident?

4               MS. TAUSTER:  Yes.

5               MS. OVADIA:  At the time of the

6          accident she's asking you.

7     A       All Star Chimney.

8     Q       Have you ever been in the military?

9     A       No.

10    Q       Putting aside the arrest that

11   occurred in March of 2017, have you ever been

12   arrested at any other time?

13    A       I have.

14    Q       When were you first arrested?  Or

15   when was your first arrest, I should say.

16               MS. OVADIA:  You're assuming that

17          there's more than one arrest.  So when was

18          your first arrest or when were you arrested?

19               MS. TAUSTER:  She testified that

20          there was another arrest.

21               MS. OVADIA:  You're talking another

22          arrest as far as other than the arrest that

23          we're here for.

24               MS. TAUSTER:  Yes.

25               MS. OVADIA:  Okay.  I just want to

```
 1                    S. Gildea
 2         clarify that for the record.
 3         A      That was December 15th of 2016.
 4         Q      Where did this arrest occur?
 5         A      In Babylon, New York.
 6         Q      Which officers arrested you?  And by
 7    that I mean what town or --
 8         A      Suffolk County.
 9         Q      What were the charges that were
10    brought against you, if any?
11              MS. OVADIA:  Objection.
12              But you can answer.
13         A      Driving under the influence.
14         Q      Were you ever arraigned in court?
15         A      For that?
16         Q      Yes.
17         A      Yes.
18         Q      What happened after you were
19    arraigned?  Did you post bail or were you taken to
20    jail?  What happened?
21         A      With the December 2016?
22         Q      Yes.  I'm still on this, yes.
23              MS. OVADIA:  Right now we're
24         discussing that situation.
25         A      I was taken to jail.
```

1                    S. Gildea

2          Q      Did you have an attorney?

3                 MS. OVADIA:  Objection.

4          A      I did.

5                 (Inaudible.)

6          Q      You might want to wait for a

7     question.

8                 MS. OVADIA:  You've got to wait for a

9          question or we're going to step outside, one

10         or the other.  Those are your choices.

11         Q      Did the case ever go to trial?

12         A      Can you give me a second?

13         Q      Sure.

14                MS. OVADIA:  We're going to step

15         outside.

16                (At this time, there was a pause in

17         the proceeding.)

18    BY MS. TAUSTER:

19         A      No.

20         Q      Did you take a plea?

21         A      I did.

22                MS. OVADIA:  You understand what that

23         means?

24                THE WITNESS:  Yeah.  I took a plea

25         deal.

1                    S. Gildea

2        Q      What was the sum and substance of

3   that plea deal?

4        A      I had to do one year --

5               MS. OVADIA:  Objection.  Are you

6          asking for what did she plea to or are you

7          asking the sum and substance of the plea?

8               MS. TAUSTER:  I'll take them

9          separately.

10       Q      What did you plea to?

11       A      I pleaded to driving while impaired.

12       Q      What was the sentence?

13       A      One year at TASC.

14       Q      Anything else?

15       A      And a $500 fine.

16       Q      Did you comply with both of those

17  conditions?

18       A      And the breathalyzer in my car for a

19  year.

20       Q      Did you comply with those conditions?

21       A      I did.

22       Q      Just to clarify, you never served any

23  time in jail other than prior to -- other than after

24  your arraignment, correct?

25       A      Correct.  Prior to my arraignment.

1                    S. Gildea

2       Q      Prior to your arraignment.  I'm

3   sorry.

4              And I asked you if you had an

5   attorney.  But who was your attorney at the time?

6              MS. OVADIA:  You want his name?

7              MS. TAUSTER:  Yes.

8              MS. OVADIA:  His name or her name.

9       A      Okay.  I had an attorney, but I fired

10  him, Ed White.

11             MS. OVADIA:  Who was the attorney who

12         represented you for this matter?

13             THE WITNESS:  Michael Francez,

14         F-R-A-N-C-E-Z.

15      Q      In addition to this December 2016

16  arrest and then the arrest that is mentioned in the

17  Notice of Claim, were you ever arrested for any

18  other incident?

19      A      No.

20      Q      Were you arrested on March 22, 2017?

21      A      Was I arrested on -- yes.  I had to

22  think about the date.  I'm sorry.

23      Q      For what were you arrested?

24             MS. OVADIA:  If you know.

25      A      Aggravated harassment in the second

1                    S. Gildea

2    degree and terrorism.

3         Q      I understand this is going to call

4    for a narrative, but what occurred on March 22, 2017

5    that led to your arrest, that you know of?

6              MS. OVADIA:  Objection, unless you're

7         going to let her tell her entire story.

8         It's a question requiring a narrative.

9         She's willing to tell you the story, but I

10        don't want her to rush it.

11             MS. TAUSTER:  No, she can tell me the

12        story.

13        A      Okay.  It's going to take a little

14   bit.

15        Q      Well, take me up to the point of your

16   arrest.

17             MS. OVADIA:  She's asking you up to

18        the point of arrest what went on.

19        A      I met a guy, the wrong guy, who

20   conned me.  I dated him for six months, didn't know

21   his real name till two days before I was arrested.

22             He had stolen -- I'm sorry.  He had

23   taken $10,000 from me in the guise of theft by

24   deceiving me.  He told me he was opening -- flipping

25   a pizza place.  He took me to this empty pizza

1                    S. Gildea

2    place.  He called the real estate agent, told me

3    that him and his friends were going to flip it, fix

4    it up and flip it.  He wanted to know if I would

5    invest $10,000 in it.  And at first I said no, but

6    he continued to ask me and I finally said yes,

7    because I was worried about my daughter's Sweet

8    Sixteen party.

9                    Originally I said no and he kept

10   asking me.  And I said yes, only because I was

11   nervous about because as a single parent my

12   daughter's Sweet Sixteen was coming up the following

13   April.  He told me well, it was only going to take

14   them six months.  They were going to flip it and

15   they were going to sell it.  And he told me that I

16   was going to make $800 a month and then when they

17   flipped it and sold it in April that I would get

18   $20,000 back.

19                    So, you know, that arrest, that first

20   arrest, happened two weeks after I had given him the

21   $10,000.  The night of my first arrest was a

22   Christmas dinner for the people that I worked with

23   and he was supposed to meet me that night.

24                    And I believe he -- I believe he

25   drugged me that night.  I have no memory of that

1                    S. Gildea

2   night whatsoever.  But something happened to me that

3   night.  When I arrived -- I went there to the place

4   in a cab.  I actually came home in a cab.  I put on

5   my pajamas.  An altercation happened in my house.

6   My bathroom mirrors, pictures, shower curtain, my

7   bedroom, you could tell there was a fight.  There

8   was a strange jacket on my bed that I have no idea

9   about.

10                    I flipped out, apparently, in the

11  First Precinct, Suffolk County Precinct.  I didn't

12  know this until three months after my arrest, that I

13  had either accused the officer --

14              MS. OVADIA:  She wants to know about

15         the second.  You're talking about --

16       Q       I think you're going back to the

17  first.

18       A       No, no, to the second.

19              MS. OVADIA:  That's unnecessary.

20       A       Okay.  So I confronted him, going

21  back to the second arrest, I confronted him, because

22  I really wasn't trusting him and I started saving

23  all my text messages and recording all our phone

24  conversations and I told him that I wanted that

25  $10,000 back and I told him that I wanted him to put

1                         S. Gildea

2     it in writing.  And he took me -- when I had that

3     conversation with him, he said, okay we'll meet

4     later tonight.

5                    I didn't believe him, so I went back

6     to the pizza place that he had taken me to and I

7     started asking questions.  And that pizza place told

8     me that the guy was a con artist and they sent me to

9     a couple other pizza places, one which was the pizza

10    place which was -- Rose -- what was it?  Angelina's

11    pizza place.  That was the pizza place that I was

12    accused of threatening to blow up.

13                   So while I was going to these pizza

14    places asking questions, somebody must have called

15    him and told him you've got this girl asking

16    questions about you.

17                   So when he called me and I told him

18    that I -- I'm giving you a real short version here.

19    He wanted to meet me that night.  And I said fine,

20    I'll meet you back at my house.

21                   Then my girlfriend was in the car

22    with me, and he must have been following me, because

23    he knew that my girlfriend was in the car with me,

24    and I lied and said that she wasn't.

25                   Somehow got to my house, ran in

1                          S. Gildea

2    through the garage, so if he was following me he

3    couldn't see my girlfriend getting out of the car.

4    That was March 15th.

5                    He walked around my whole house

6    looking for somebody.  He couldn't find anybody.

7    She was hiding in my daughter's closet.  And then me

8    and him went into my bedroom, where he started

9    screaming at me and fighting with me.  He was

10   choking me.  He threw me up against the wall.  And

11   he was asking me questions about who sent me to

12   these pizza places and who did I think that I was

13   and I talk too much and I need to keep my mouth

14   shut, yadda, yadda, yadda.

15                   At that point, my daughter's in the

16   next room, so I didn't want her to hear him hitting

17   me or arguing with me, so I decided to go to the

18   diner with him.

19                   So we went to the diner, and at the

20   diner, again, I thought he was going to jump over

21   the table and strangle me, but we came up with a

22   plan that he was going to sign a promissory note and

23   we would meet the next day.  At that point, you

24   know, I said that's it, you know.  We came up with a

25   plan to separate, break up, and he was going to sign

1                    S. Gildea

2    a promissory note and we were going to go our

3    separate ways.

4              The next day he did not call me.  And

5    I believe him --

6              MS. OVADIA:  Just give her the facts,

7         please.

8         A     His phone was not on for a couple of

9    days, and then his phone went back on, I believe, on

10   March 21st.  And the person who owned the first

11   pizza place, Mario, called me to tell me that his

12   phone was back on.  So I called him and I sent him

13   some text messages, and I recorded our

14   conversations, where he actually admits on those

15   conversations, you know, that he gave me the -- what

16   exactly he said to me about the money.

17              From there he turned around and he

18   went to the police in Suffolk County and filed a

19   police report, and when he got done filing that

20   police report he drove to Nassau County and filed

21   the same exact police report.

22              On the 22nd, which I believe was a

23   Wednesday, I was just leaving my job and I was

24   pulling out of my car and I went to pull out of --

25   where the building is there's a long driveway, so

1                     S. Gildea

2    it's all sides, then a long driveway.  I was getting

3    ready to pull out of the parking lot and a cop car

4    kind of pulled right up to my nose, blocking me from

5    pulling out.

6         Q     I'll stop you right there.  I'm going

7    to ask you some questions about what you just told

8    me about and then I'll get to the actual details of

9    the arrest.

10             What is the name of this individual

11   that you were involved with that solicited the money

12   from you?

13        A     Okay.  Lawrence Timms.

14        Q     How do you spell his last name?

15        A     T-I-M-M-S.

16        Q     What was the name of the pizza place

17   he wanted you to invest in?

18        A     Allison's.

19        Q     Where is that located?

20        A     That is located in Levittown.

21        Q     Do you know on what street?

22        A     I could see it my head.  I don't know

23   if it's on Jerusalem or around the corner from

24   Jerusalem.

25             MS. TAUSTER:  I'm just going to leave

1                    S. Gildea

2          a space in the transcript if you recall

3          where it's located.

4                    MS. OVADIA:  Taken under advisement.

5          If we're able to, we'll provide it to you.

6     INSERT:

7          Q      It sounds as though some time passed

8     between all these different altercations and the

9     arrest actually taking place.

10               The physical fight in your home, the

11    verbal and physical fight, when did that occur?

12         A      That was March 16th, March 15th or

13    16th.

14         Q      Of 2017?

15         A      Correct.

16         Q      What is the name of your friend who

17    was in your house and who witnessed this?

18         A      Roseanne Luongo, L-U-O-N-G-O.

19         Q      And you made reference to recorded

20    phone calls and text messages.  Do you still have

21    those --

22         A      I do.

23         Q      -- items?

24               Where are they located right now?

25         A      I have a couple -- I have a phone, so

1                          S. Gildea

2     everything is still in the phone itself.  I have a

3     couple of CDs.  I have it all transcripted in my

4     girlfriend's computer.

5                   MS. TAUSTER:  We would just request

6            that all of that just be preserved and leave

7            it in its original state.

8                   If the need comes later for us to get

9            copies of those, we would just like you to

10           preserve that.

11                  MS. OVADIA:  Again, taken under

12           advisement, and if we can we will provide.

13           Q       That conversation at the diner that

14    you referenced where he was going to sign a

15    promissory note, that took place on March 21st?

16           A       No.  That took place on March 15th or

17    16th, the same night.

18           Q       Then you made subsequent phone calls

19    to him on March 21st, correct?

20           A       I made calls to him, because at that

21    point we were still together.  Several times, couple

22    times over the next couple of days just because his

23    phone was -- he wasn't answering his phone and his

24    phone was off.

25           Q       What was the substance of those

1                    S. Gildea

2  conversations?  By that I mean what did you discuss?

3        A     We discussed -- he was very pissed

4  off at me that I had gone investigating and asking

5  about him.  And he had said to me -- oh, this is

6  really going to get -- okay, so if I could stop for

7  just a second right there.

8        Q     Well, we're still on the record,

9  though.

10            MS. OVADIA:  This is not a

11            conversation.  I don't know if that's

12            necessarily in response to her question.

13            Let's kind of respond to her questions.

14            I don't know if that was a question

15            you might have had or we're off the track

16            again.

17        Q     Was the substance of the conversation

18  the return of your money?

19        A     It did have -- yes.  It was -- it had

20  -- the return of the money, but there were some

21  threats there too.

22        Q     Threats made by who?

23        A     By him.  He wanted to at one point

24  meet me on -- he wanted me to meet him on the Long

25  Island Expressway and he had said to me many times

1           S. Gildea

2    that he could make my body disappear and nobody

3    would ever find it.

4           Q      Did you make any threats to him

5    during those phone calls?

6           A      Yes, I did.

7           Q      What were those threats?

8           A      Those threats that I was going to

9    call the police and the FBI and I was going to turn

10   him in for fraud and for being a con man and for

11   anything else that I could think of that he had done

12   to me.

13          Q      Let's go back to the actual moment of

14   your arrest.  Where were you when you were arrested?

15          A      In the parking lot outside my job.

16          Q      And this was at, I'm sorry, let me go

17   back.  This was at All Star Chimney?

18          A      Correct.

19          Q      Where was that?

20          A      25 West Jefryn, J-E-F-R-Y-N.

21          Q      Is that street or avenue?

22          A      I believe it's West Jefryn Street.

23          Q      In what town?

24          A      Deer Park, New York.

25          Q      What was your position with All Star

1                    S. Gildea

2      Chimney at that time?

3           A      I was a telemarketer.

4           Q      How long had you been with them at

5      the time of your arrest?

6           A      I worked for them on and off for a

7      few years.  I would say probably about five years.

8      But at that moment I was employed for him a couple

9      of months.

10          Q      So what officers came to arrest you?

11     By that I mean what vicinage or town were they from?

12          A      They were from Nassau County.

13          Q      How many officers came?

14          A      Two.  They were detectives.

15          Q      Do you know what precinct they were

16     from?

17          A      He told me, but I don't remember.  I

18     know it was in Seaford.

19          Q      What did the officers say to you?

20          A      They needed to speak to me in regards

21     to a complaint.

22          Q      Did they want to have that

23     conversation there or did they want that

24     conversation to take place back at the precinct?

25          A      They wanted to talk to me there.

1                    S. Gildea

2        Q       Did they tell you anything else at

3   that time?

4        A       They told me that there was a

5   complaint that was filed that I threatened to shoot

6   somebody and blow up a pizza place.

7        Q       What did you say to the officers?

8        A       That that was not true and I tried to

9   tell him.

10       Q       Tell him what?  I'm sorry.

11       A       The bits of -- tried to tell him the

12  story.

13               MS. OVADIA:  When you're say, you're

14          saying the story you just told.

15       Q       The narrative that you described to

16  me.

17       A       Correct.

18       Q       Do you recall the names of the

19  detectives that you spoke with?

20       A       Officer Dobbs -- I'm sorry, Detective

21  Dobbs and Detective Wrieske, which I believe starts

22  with a W.

23       Q       Did the officers listen to your

24  version of the events of that telephone

25  conversation?

1                    S. Gildea

2        A       No.

3        Q       What happened next?

4        A       They told me what he had said.  And

5   when I said that, as I said to you, you asked me did

6   I threaten him, they asked me if I threatened him

7   and I said yes, I did, and I threatened to go to the

8   police.  But they took I guess -- I don't know.

9   They did not believe me.

10       Q       Were you arrested at that time?

11       A       I was.

12       Q       Were you placed in handcuffs?

13       A       I was.

14       Q       Where did they take you once you were

15  handcuffed?

16       A       To the police station in Seaford.

17       Q       How long were you at the precinct

18  for?

19       A       A day.

20       Q       Were you held in a holding cell?

21       A       Oh, at the precinct.  At the precinct

22  I was there -- I was arrested at 2 o'clock in the

23  afternoon and I didn't leave the precinct until

24  probably 8 or 9 o'clock at night.

25       Q       Where were you taken at about 8 or 9

```
1                    S. Gildea
2   o'clock at night or where did you go?
3        A     They then took me over to I guess a
4   holding cell.
5        Q     Where was that holding cell?
6        A     I could not tell you.
7        Q     Was it at the precinct or was it
8   somewhere else?
9        A     Somewhere else.
10       Q     Did there come a time when you were
11  arraigned?
12       A     Yes.
13       Q     Where were you arraigned?  By that I
14  mean which court?
15       A     Nassau.
16       Q     Possibly the District Court in
17  Hempstead?
18             MS. OVADIA:  If you know.
19       Q     If you know.
20             MS. OVADIA:  Don't guess.
21       A     (No response.)
22       Q     What charges were brought against
23  you?
24       A     Aggravated harassment in the second
25  degree.
```

1                    S. Gildea

2        Q      Any other charges?

3        A      I believe they dropped the terrorism

4    charge.

5        Q      But at that time they brought the

6    terroristic threats charge, correct?

7        A      That's what I was told.

8        Q      Do you know when they dropped the

9    terroristic threats charge?

10       A      No.

11       Q      Were you represented by an attorney

12   at that time?

13       A      Legal Aid.

14       Q      Do you recall which attorney at Legal

15   Aid?

16       A      Yes.

17       Q      What was the name of that attorney?

18       A      Paul Mangle.

19       Q      What happened following your

20   arraignment?

21       A      Following my arraignment --

22       Q      Did you post bail?  Were you sent to

23   jail?

24       A      I was released on my own

25   recognizance.

1                         S. Gildea

2          Q       Did you ever spend any time in jail

3    other than the period in the holding cell?  Did you

4    spend any time in confinement as a result of this

5    incident?

6                    MS. OVADIA:  Objection.

7                    I want a clarification on

8              confinement, because first you said jail and

9              now you're saying confinement and

10             confinement can be the car ride from the

11             jail to the arraignment.

12                   MS. TAUSTER:  Understood.

13         Q       Other than the holding cell, were you

14   ever in jail of any kind?

15                   MS. OVADIA:  And again, when you say

16             jail you're talking about bars.

17                   MS. TAUSTER:  Yes.

18                   MS. OVADIA:  An actual place with

19             bars.

20                   MS. TAUSTER:  Yes.

21         A       I was with a group of girls and a

22   group of guys on that -- it was jail.

23                   MS. OVADIA:  But she's asking you

24             specifically how long.

25         Q       After you were in the holding cell,

1                    S. Gildea
2    did you ever spend any point in jail?
3         A      No.
4         Q      Did the District Attorney's office
5    ever discuss a plea bargain with you?
6         A      They did.
7         Q      Did you take a plea bargain?
8         A      No.
9         Q      What happened next with the charges
10   that were brought against you?  Did you go to trial
11   on those charges?
12        A      I did.
13        Q      In what court?  Do you recall?
14        A      Nassau -- Hempstead, 99 Main Street.
15        Q      District Court?
16               One thing I forgot to ask before:
17   Was anyone else charged in connection with this
18   incident?  Were you the only one who had charges
19   brought against them?
20        A      Yeah, I was the only one charged.
21        Q      Did Legal Aid continue to represent
22   you during your trial?
23        A      Yes, he did.
24               MS. OVADIA:  Listen to the question.
25               During the trial, did Legal Aid represent

```
 1                    S. Gildea
 2        you?
 3                    THE WITNESS:  Yes.
 4                    MS. OVADIA:  At trial, it was Legal
 5        Aid.
 6                    THE WITNESS:  Yes.
 7        Q        Was Legal Aid your only form of legal
 8   representation throughout the entire process?
 9        A        Correct.
10        Q        Did you testify at the trial?
11        A        I did.
12        Q        Did anyone else testify at the trial?
13        A        Lawrence testified at the trial.
14        Q        Did he maintain that you had made
15   terroristic threats against him?
16        A        He did.
17        Q        Did any of the text messages or
18   recorded phone calls --
19                    MS. OVADIA:  Let her -- answer the
20        question.
21        A        But there was other people that
22   testified.
23        Q        Okay, yes, please.  Go ahead.  I'm
24   sorry.  Anyone else?
25                    MS. OVADIA:  Off the record.
```

1                    S. Gildea

2                    (Whereupon, a discussion was held off

3         the record.)

4         A       The person that had the Angelina's

5    pizza place, the one that I threatened to blow up,

6    he testified.

7         Q       I think your attorney would be

8    happier if you said the pizza place that you

9    allegedly threatened to blow up.

10        A       The pizza place that I allegedly.

11   Okay.

12        Q       What was that gentleman's name?

13        A       Oh, my God.  I could not tell you

14   offhand.

15                MS. TAUSTER:  I know your attorney

16        will take it under advisement, but I'll just

17        leave a space in the transcript for his

18        name.

19        A       I can get a hold of it.

20                MS. OVADIA:  If we can get a hold of

21        it, we will provide it.

22   INSERT:

23        Q       Now, did this person's --

24                MS. OVADIA:  Off the record.

25                (Whereupon, a discussion held off the

1                    S. Gildea

2      record.)

3      Q      How many people in total testified?

4      A      So it was me, Lawrence, the pizza

5  guy, the telephone communications guys, and the two

6  detectives.

7             MS. OVADIA:  Both detectives.

8      A      And I think maybe the private

9  investigator.  I don't know if the private

10  investigator testified.

11             MS. OVADIA:  Possibly the private

12         investigator.

13      Q      If you recall, do you know who this

14  private investigator is affiliated with?

15      A      Legal Aid.

16      Q      Legal Aid.  All right.

17             Going back to the gentleman who owned

18  the pizza place, did he testify that you had made a

19  terroristic threat or did not make a terroristic

20  threat?

21      A      He did not testify -- okay.  He did

22  not testify -- he did not testify that I made a

23  terroristic threat.

24      Q      How about the private investigator?

25  What was the substance of his testimony or her

1                    S. Gildea

2    testimony?

3         A      His testimony.  I think he testified.

4    I think they just -- I can't honestly recall.

5         Q      What was he --

6         A      Because he did some -- Lawrence Timms

7    had made a lot of allegations and there were

8    additional trial in regards to him in Suffolk, so he

9    said a lot of things that were not true.  There was

10   a lot of perjury on his end.  And my private

11   investigator was able to prove most of those things

12   that he said were lies.

13        Q      You said your private investigator,

14   but he was a private investigator for Legal Aid.

15        A      For Legal Aid.  He was part of my

16   legal team.

17        Q      What did the telephone communications

18   person testify about?

19        A      Which something I never denied, that

20   there were still phone calls between me and him.

21        Q      How long did the trial last?

22        A      Oh, God.  It started on June 8th and

23   I think it ended on June 20th.

24        Q      You said it started on June 8th of

25   2018?

1                          S. Gildea

2          A       Yeah.  No -- yeah.  This year.

3          Q       You said it ended approximately June

4     20th?

5          A       Yeah.

6                  MS. OVADIA:  So you said June 8th,

7          right?

8                  THE WITNESS:  Yeah.

9                  MS. OVADIA:  To the 20th.

10                 THE WITNESS:  6th maybe, 6th to the

11         20th.

12         Q       Somewhere in that ballpark?

13         A       Yeah.

14         Q       Did the jury render a verdict?

15         A       They did.

16         Q       What was that verdict?

17         A       Not guilty.

18         Q       Not guilty on all charges?

19         A       On all charges.

20         Q       Do you currently have any criminal

21    charges pending?

22         A       No.

23         Q       Before I move on to this, at any

24    point were the text messages and recorded phone

25    calls that you had in your possession submitted as

1                    S. Gildea

2    evidence during your trial?

3         A      They were.  Some of them were.  The

4    judge would not allow some of them in, because they

5    were explicit.

6              MS. OVADIA:  Answer the question,

7         please.

8         Q      But some of them were admissible and

9    some of them were not.

10        A      Correct.

11             MS. TAUSTER:  I'm just going to have

12        this marked for identification.

13        (Producing.)

14             (Respondent's Exhibit A, Notice of

15        Claim (three pages), was marked for

16        identification.)

17        Q      Ma'am, I'm going to show you what has

18   been marked as Respondent's Exhibit A.  Just take a

19   minute and flip through it, and let me know when

20   you're finished.

21        A      (Witness complying.)

22        Q      Have you seen this document before?

23        A      I have.

24        Q      What is it?

25        A      A Notice of Claim.

1                        S. Gildea

2          Q      I'm just going to direct your

3    attention to page two.  Is that your signature on

4    page two?

5          A      That is.

6          Q      Did you read this document prior to

7    signing it?

8          A      I did.

9          Q      Is this document true and accurate,

10   to the best of your knowledge?

11         A      It is.

12         Q      On this page, and by this page I mean

13   page two, paragraph four, you make reference to

14   injuries that you suffered as a result of your

15   arrest.

16              MS. OVADIA:  Your health was

17         impaired, her ability to be employed --

18              Off the record.

19              (Whereupon, a discussion was held off

20         the record.)

21         Q      You stated there that your health was

22   impaired.  In what way was your health impaired?

23         A      My sanity.

24              MS. OVADIA:  No.  She needs to know

25         exactly all your health.

1                    S. Gildea

2        A       My sanity, depression, I -- I didn't

3    get out of bed for six months.  I sat in bed and

4    cried for six months.  I started smoking again.  I

5    lost my -- as far as the day that I was arrested.

6        Q       I'll get to that.

7                Did you suffer any -- you made

8    reference to some mental and emotional health issues

9    that you had suffered.  Did you have any physical

10   injuries as a result of your arrest and confinement?

11       A       Yeah.  I still have a lot of anxiety.

12       Q       Have you ever been treated by a

13   mental health professional in connection with this

14   incident?

15       A       I have.

16       Q       Who have you gone to see?

17       A       I am currently at New Horizons, but

18   prior to that I was seeing B.E.S.T., Which was also

19   part of my plea deal.

20       Q       What is B.E.S.T.?

21       A       B.E.S.T. is an outpatient program.

22       Q       Where is that located?

23       A       In Deer Park.

24       Q       Was this part of your plea deal for

25   your first arrest?

1                    S. Gildea

2        A      Correct.  They said I had to go in

3    some kind of outpatient program.  And when I signed

4    up with B.E.S.T., I don't really have a drug

5    problem, so I volunteered to -- because I was so

6    angry over these things, I signed up and volunteered

7    to take anger management classes.

8        Q      I'm just going to take them one at a

9    time.

10              From what period of time to what

11    period of time did you attend B.E.S.T.?

12        A      From August of 2017 till right before

13    the trial 2018.

14        Q      So June of 2018, approximately?

15        A      Yes.

16        Q      So about ten months.  Is that

17    correct?  Okay.  I'm sorry.  You have to say yes or

18    no.  You nodded.

19        A      Yes.

20        Q      Where did you take anger management

21    classes?

22        A      At B.E.S.T.

23        Q      At B.E.S.T.  Okay.

24              Were any medications prescribed to

25    you as a result of your treatment at the B.E.S.T.

1                    S. Gildea

2     outpatient program?

3          A     I wasn't allowed to take any

4     medications.

5          Q     You mentioned New Horizons.  When did

6     you start going to New Horizons?

7          A     New Horizons, I started going there

8     after the trial, because B.E.S.T. is more of a drug

9     and alcohol program and I don't need a drug and

10    alcohol program, so they referred me to New Horizons

11    for the mental health.

12         Q     I don't know if I asked this.  Where

13    is New Horizons located?

14         A     New Horizons is in Copiague.

15    Copiague?  Copiague.

16         Q     And it was someone at B.E.S.T. who

17    referred you to New Horizons?

18         A     Yes.

19         Q     Did you see one doctor at New

20    Horizons or was it multiple professionals?

21         A     I have actually just a psych exam and

22    then I see a counselor once a week, and they will be

23    putting me into some different, I guess, classes or

24    groups and individual therapy.

25         Q     What are these classes and groups

```
 1                    S. Gildea
 2    for?
 3         A      Depression, just mental health.
 4    Yeah.
 5         Q      Did anyone at New Horizons render a
 6    formal diagnosis to you?
 7         A      Not yet.
 8         Q      I'm sorry.  Did you say there was a
 9    specific doctor you're working with or is it all
10    these different classes?
11         A      Well, okay.  So the counselor that
12    they assigned me to just got up and moved, so I
13    actually have not met my new counselor.  I meet her
14    tomorrow.
15         Q      Okay.  Who is your old counselor?
16         A      Colleen, and I don't even know her
17    last name.
18         Q      Is Colleen a licensed clinical social
19    worker, a psychologist?  I'm just asking.  What is
20    her accreditation?
21         A      I believe that she is a licensed
22    therapist, but I couldn't honestly swear to that.
23         Q      Has anyone at New Horizons prescribed
24    any medications to you?
25         A      No.
```

1                    S. Gildea

2       Q      And you said you started attending

3   after your trial, so approximately June of 2018?

4       A      No, probably more like September.

5       Q      I just want to direct your attention

6   to paragraph four again.  Do you see where it says

7   loss of employment and your ability to -- her

8   ability to be employed was threatened and her

9   earning power impaired.

10              In what way was your earning power

11  impaired and your employment threatened?

12      A      Okay.  Well, I was so depressed I

13  couldn't stop crying, so I couldn't really do

14  anything.  I was literally so depressed and upset

15  and I just couldn't get out of bed.

16      Q      You mentioned that you had been fired

17  from All Star Chimney?

18      A      I was.

19      Q      Did they tell you the reason why you

20  were fired?

21      A      Because he couldn't have cops coming

22  in here, arresting him and disrupting his employees.

23      Q      After you were fired from the chimney

24  -- I'm sorry.  What was the name of it again?

25      A      All Star.

1                    S. Gildea

2        Q      -- All Star Chimney, how long did it

3    take you to find new employment?

4        A      March 2017 -- July or August of 2018?

5               MS. OVADIA:  So you're indicating

6               from March of 2017 until July or August of

7               2018.

8               THE WITNESS:  Yes.

9        Q      What did you do for money in the

10   interim period of time?

11              MS. OVADIA:  Objection, irrelevant.

12              MS. TAUSTER:  I do think it's

13              relevant, because she said her ability to

14              earn was threatened, so I wanted to know

15              what she was doing --

16              MS. OVADIA:  I'll let her answer.

17       A      What was the question?

18       Q      The question was, what did you do for

19   wages, for money, while you were out of work?

20       A      I actually borrowed money from my

21   sister, which I'm still paying her back.  I really

22   just worked on my disability and my child support.

23   Yeah.

24       Q      You're disabled?

25       A      I am.

1                      S. Gildea

2          Q       What is the nature of your

3    disability?

4          A       It's a mental health disability.

5          Q       In the interim period where you were

6    unemployed from March of 2017 till July or August of

7    2017, did you search for work?

8          A       Well, I wasn't allowed to drive, and

9    I had so many classes going -- no.  I did not --

10                  MS. OVADIA:  Just answer the

11               question.

12         A       No.

13         Q       Why weren't you allowed to drive?

14         A       I didn't have a license.

15         Q       Is that as a result of the DUI

16   arrest?

17         A       That was.

18         Q       What were you earning prior to being

19   fired from All Star Chimney?

20         A       Eleven an hour.

21         Q       How many hours a week were you

22   working?

23         A       Fifteen or twenty.

24         Q       Were you fired immediately following

25   the arrest or sometime later?

1                        S. Gildea

2         A      As they were slapping the handcuffs

3    on me.

4         Q      When you said you were unemployed

5    until July or August of 2018, are you referring to

6    the current job that you have making desserts?

7         A      Yes.

8         Q      Again, I'm going to direct your

9    attention to paragraph four.  It says here that you

10   suffered from loss of reputation.

11                In what way was your reputation

12   impacted?

13        A      Well, let's see.  We get up there and

14   at the trial he basically called me a whore and told

15   people that I was a go-around girl at the Napoli

16   Soccer Club and that he was bringing men over to my

17   house while I was -- while he was talking with my

18   girlfriend down in the kitchen and I was upstairs

19   having sex with strange men with my daughter in the

20   next room.  The fact that I was arrested for

21   aggravated harassment and terrorism, so people

22   looking at me -- the community looks at me --

23   everybody just looking at me and judging me as if I

24   had done something wrong.

25        Q      Outside of the trial, did anyone ever

1                           S. Gildea

2      say anything to you about the charges that were

3      brought against you?

4           A       Yeah.  I got to say something.

5           Q       You tell me.

6           A       This weekend I was at a Christmas

7      party and somebody brought it up to me and it took

8      me for a loop, because here I am with a bunch of my

9      friends and people and I'm trying to put this behind

10     me and somebody brought this up in front of

11     everybody, which was again very embarrassing and

12     just, you know, here I --

13          Q       Other than being fired by All Star

14     Chimney, was your arrest ever referenced as a reason

15     to deny you employment?  And by arrest I mean the

16     March of 2017 arrest.

17          A       I don't know.  I was in such a frail,

18     fragile place after all this.  I don't know.  I

19     can't answer that question.

20          Q       Just going back for a moment.  You

21     had mentioned that this individual, Lawrence, he had

22     made a police report in Suffolk County and then made

23     an identical one in Nassau and you were arrested in

24     connection with the Nassau complaint, correct?

25          A       Correct.

1                    S. Gildea

2        Q       Did anything ever come of the

3   complaint he filed in Suffolk County?

4        A       Okay.  So after I got out of jail in

5   Nassau, Suffolk County had just called me and they

6   said they left me a message.  They were leaving me

7   messages, which I was not getting, because I was

8   already in jail in Nassau County.

9                So when I got out of jail and I

10  listened to the recent message, she said, if you

11  don't call me back and I've got to come out looking

12  for you and arrest you --

13               So I immediately went down there and

14  that officer, Officer Tom Collins, sat there with me

15  for two and a half hours and went through everything

16  with me, my photos, the text messages, the audio

17  recordings, and he came to the conclusion that he,

18  Lawrence, and his brother were lying.  So now the

19  report that was filed in Suffolk County the name on

20  the report states Daniel Timms.

21       Q       As opposed to Lawrence Timms.

22       A       As opposed to Lawrence Timms.

23               MS. OVADIA:  Go off the record one

24          second.

25               (Whereupon, a discussion was held off

1                    S. Gildea

2         the record.)

3         Q        So we left off in the Suffolk County

4    complaint the name Daniel Timms was on the

5    complaint, correct?

6         A        Correct.  Daniel Timms is supposedly

7    the one that filed the police report.

8         Q        And it's not -- I'm sorry.  I just

9    want to -- it's not the alias of Lawrence Timms?

10            MS. OVADIA:  Are we off the record or

11        on the record?

12            MS. TAUSTER:  No, I'm sorry.  We're

13        on the record.

14        A        I believe it was and the cop believes

15    it was Lawrence, they look so much alike, that filed

16    the police report and used his brother's name.  I

17    can't prove it.

18            MS. OVADIA:  Just tell the story.

19        A        The cop believes that they were

20    lying.  He also believes that -- he had said to me

21    -- Tom Collins had said to me that Lawrence Timms,

22    not Daniel, Daniel is the one that filed it, but it

23    was Lawrence Timms who kept calling and harassing

24    the cop while, you know, he was trying to get me.

25    While I was in jail, the cop was trying to get me.

1                    S. Gildea

2   It was Lawrence Timms that kept harassing the cop to

3   see whether or not he had arrested me.

4               MS. OVADIA:  And you're talking about

5           in Suffolk.

6               THE WITNESS:  I'm talking about in

7           Suffolk County.

8       A       And the cop said to him if he

9   continued to harass him he was going to turn around

10  and arrest him.

11      Q       So just to be clear, no charges were

12  ever filed against you --

13      A       No.

14      Q       -- as a result of that Suffolk County

15  complaint.

16              Okay.  If you know, do you know the

17  outcome of Lawrence Timms's case?

18              MS. TAUSTER:  Actually, withdrawn.

19          I'm sorry.

20      Q       Do you know what charges were brought

21  against Lawrence Timms?  You said he had his own

22  case going.

23      A       What are you talking about?

24      Q       I thought you had said before, I'm

25  sorry if I was mistaken, I thought you had testified

1                     S. Gildea

2    before that Lawrence Timms had been -- other charges

3    were brought against him for something.

4         A      It was a different trial.  It was a

5    restraining order that I was trying to get against

6    him.  Because he was stalking me and continuing,

7    even though he had me arrested for this incident

8    we're here for today and he told the cops that he

9    was afraid of me, the same day that I had now gotten

10   out of jail for these charges he is now stalking my

11   house and came by my house and did a gun sign to my

12   daughter as if he was going to shoot my daughter an

13   hour after I got out of jail.  So if you're so

14   afraid of me, why are you stalking me.

15        Q      Okay.  When you said a restraining

16   order, you mean an order of protection, correct?

17             MS. OVADIA:  Right.

18        Q      That's what we call them usually in

19   New York is order of protection.

20        A      A restrain -- I don't know.  I don't

21   know.

22             MS. OVADIA:  I don't think she knows.

23        Q      I just wanted to clarify.

24        A      I know I wasn't allowed to go near

25   him.

1                          S. Gildea

2          Q        When did you file for this order of

3     protection?

4          A        That same day that I got out of jail

5     I called the police.  So the police now came down to

6     my house.  So that had to be March 23rd or March

7     24th.

8          Q        Where did you file for the order of

9     protection?

10          A        In Suffolk County, because I live in

11    Suffolk County.

12          Q        Was it at Suffolk County Police or at

13    Family Court?  Where was it?

14          A        Suffolk County, Central Islip, Family

15    Court.

16          Q        So you filed a family offense

17    petition against Mr. Timms seeking an order of

18    protection?  If you recall.

19          A        Yes.

20          Q        What was the outcome of that family

21    offense petition?

22          A        There is currently a stay away.

23          Q        A temporary stay away or a permanent?

24          A        It's a stay away until April of this

25    year -- 2019.

1                        S. Gildea

2          Q      Is the case still ongoing?

3          A      No, I don't think so.

4          Q      Do you believe it was a one-year

5     order of protection that you had against him?

6          A      I do.

7          Q      One year final order, I believe,

8     correct?

9          A      I want to say I'm not really sure,

10    but I think.

11         Q      Again, I'll direct your attention to

12    that paragraph four, where it says that one of your

13    damages or injuries claimed is expenses in defending

14    case.

15                Were you charged anything by Legal

16    Aid as a result of the representation of you?

17         A      No.

18         Q      Then what expenses are you referring

19    to in that paragraph?

20         A      Can I have a word with my attorney?

21         Q      Sure.  It's okay.  We can take a

22    break.

23                (At this time, there was a pause in

24         the proceeding.)

25    BY MS. TAUSTER:

1                          S. Gildea

2          Q      You put both cost of defending case

3   and expenses in defending case.  Why don't you tell

4   me what those costs and expenses were.

5          A      Going back and forth to court.  I had

6   to pay Roseanne Luongo to transcribe the audio

7   recordings.  I had to pay her to back everything up,

8   which is the photos, the text messages she had to

9   transfer from phone to the computer onto CDs.  I had

10  to pay her -- I had to pay to get back and forth,

11  because I couldn't drive.  Now I have to get back

12  and forth to court in Nassau County.

13         Q      So cost of transportation you're

14  referring to?

15         A      Yeah.

16         Q      What would you take, taxis, Ubers?

17         A      Ubers, which are not very cheap.

18         Q      Roseanne Luongo, is she a court

19  reporter by trade or what does she do?

20         A      She is not a court reporter.  She is

21  a personal friend who is a geek.  I'm so sorry.

22  Love her to death.  I know her thirty-five years.

23         Q      I just have a couple more questions

24  and I think that's pretty much it.

25                 If you go to paragraph two at the

1                           S. Gildea

2    top, where it says in the middle of the paragraph

3    even though Police Officer Jason Wrieske, Police

4    Officer Lue Dobbs, Nassau County Police Department,

5    and County of Nassau knew that there was no merit to

6    the continuance of the prosecution and the

7    prosecution was malicious and that the imprisonment

8    was illegal.

9               What is your basis to say that there

10   was no merit to the prosecution?

11              MS. OVADIA:  Objection.  We just

12          discussed this throughout this entire

13          deposition.

14              Don't answer it.

15              MS. TAUSTER:  Off the record.

16              (Whereupon, a discussion was held off

17          the record.)

18       Q    Did you ever attempt to tell the

19   Nassau County police officers about the evidence

20   that you had shown to the Suffolk County police

21   officers?

22       A    I did.  I waived my rights and

23   allowed them while being handcuffed to go through my

24   phone, showed them the text messages, the photos,

25   everything to back up everything that I was telling

1                    S. Gildea

2   them.  And they said -- their response to me was

3   that's not our job, that's for the courts to figure

4   out.

5       Q       That was going to be my next

6   question, what did they say to you.  All right.

7                 I'm just going to go through it real

8   quick and see if I have anything else for you.

9                 You made reference in your Notice of

10  Claim about twenty court appearances.  Do you recall

11  what the purpose was of those court appearances?

12      A       Because they wanted me to take a

13  mental health test or they wanted me to take plea

14  deal and I was not taking pleading guilty or taking

15  a deal for something that I did not do.

16              MS. TAUSTER:  All right.  I think

17          that's everything that I have.  I want to

18          thank you for your time.

19              (Time noted:  3:20 p.m.)

20              *      *      *      *

21

22

23

24

25

1

2                    A C K N O W L E D G M E N T

3

4    STATE OF NEW YORK        )

5                             SS:

6    COUNTY OF   Suffolk       )

7

8          I, SHARONANN GILDEA, hereby certify that I

9    have read the transcript of my testimony taken under

10   oath in my deposition of December 18, 2018; that the

11   transcript is a true, complete and correct record of

12   what was asked, answered and said during this

13   deposition, and that the answers on the record as

14   given by me are true and correct.

15

16                    _____
                          SHARONANN GILDEA
17

18

19

20   Subscribed and sworn to before me

21   this  21  day of  March       2019.

22

23   _____
                  NOTARY PUBLIC            LINDA A IZZO
24                                  Notary Public - State of New York
                                           NO. 01IZ5011284
25                                  Qualified in Suffolk County
                                    My Commission Expires 4-19-19

1

2                    I N D E X

3

4

5              INDEX TO TESTIMONY

6  WITNESS              BY                    PAGE

7  S. Gildea        Ms. Tauster              3

8

9

10          TO BE PRODUCED/INSERTED

11 DESCRIPTION                               PAGE

12 Insert court car accident lawsuit
   was brought in                            7
13
   Request witness to preserve recorded
14 phone calls and text messages             21

15 Insert name of witness who testified
   from Angelina's pizza place               33
16

17

18

19             INDEX TO EXHIBITS

20 RESPONDENT'S
   EXHIBITS           DESCRIPTION            PAGE
21
   A    Notice of Claim (three pages)        37
22

23

24

25

1

2                    C E R T I F I C A T I O N

3

4        I, CLAUDIA DiSTEFANO, a Notary Public in and

5    for the State of New York, do hereby certify:

6        THAT the witness whose testimony is

7    hereinbefore set forth, was duly sworn by me; and

8        THAT the within transcript is a true record of

9    the testimony given by said witness.  I further

10   certify that I am not related, either by blood or

11   marriage, to any of the parties to this action; and

12       THAT I am in no way interested in the outcome

13   of this matter.

14       IN WITNESS WHEREOF, I have hereunto set my

15   hand this 7th day of January, 2019.

16

17

18        _Claudia DiStefano_
                  CLAUDIA DiSTEFANO

19

20

21

22

23

24

25

# ERRATA SHEET

NAME OF CASE: _____

DATE OF DEPOSITION: _____

NAME OF DEPONENT: _____

The following corrections, additions or deletions are noted for the following reasons:

| PAGE | LINE | CHANGE | REASON |
|------|------|--------|--------|
| | | | |
| | | | |
| 8 | 13 | 15-18 Hours | Because Originally now MorE |
| | | | |
| 20 | 22 | WRNtagh AvE, CVS PRKng Lot | Confused |
| 24 | 22 | ☞ West JeFRYN Blvd | Correction |
| 29 | 18 | Paul magel | Spelling |
| | | | Arrest leveraged for tomorrow for tom color |
| 50 | 8 | Cop said to "Me" if he continues to call the cop | I Cop said he would arrest Lawrence |
| 52 | 24 | Not stay away/Refrain from | Confused |
| | | | |
| | | | |
| | | | |

Subscribed and Sworn to Before Me
This 21 day of March , 2019.

_____
WITNESS' SIGNATURE

_____
NOTARY PUBLIC

4-9-19
Commission Expires:

BEE REPORTING AGENCY, INC. (516) 485-2222 (212) 327-3500

LINDA A IZZO
Notary Public - State of New York
NO. 01IZ5011284
Qualified in Suffolk County
My Commission Expires 4-9-19

# LAWYER'S NOTES

| PAGE | LINE | NOTES... |
|------|------|----------|
|      |      |          |
|      |      |          |
|      |      |          |
|      |      |          |
|      |      |          |
|      |      |          |
|      |      |          |
|      |      |          |
|      |      |          |
|      |      |          |
|      |      |          |
|      |      |          |
|      |      |          |
|      |      |          |
|      |      |          |
|      |      |          |
|      |      |          |
|      |      |          |
|      |      |          |
|      |      |          |
|      |      |          |
|      |      |          |
|      |      |          |
|      |      |          |
|      |      |          |
|      |      |          |
|      |      |          |
|      |      |          |
|      |      |          |
|      |      |          |
|      |      |          |

*Bee* Reporting Agency, Inc.
COURT REPORTERS

## A

ability 5:12 38:17 43:7,8 44:13
able 21:5 35:11
above-mentioned 1:22
accident 5:22 9:3,6 58:12
accommodate 4:13
accreditation 42:20
accurate 38:9
accused 16:13 17:12
action 59:11
actual 20:8 24:13 30:18
addition 13:15
additional 35:8
address 3:11 7:5
admissible 37:8
admits 19:14
advisement 6:24 21:4 22:12 33:16
affect 5:12
affiliated 34:14
afraid 51:9,14
afternoon 27:23
against- 1:5
agent 15:2
aggravated 13:25 28:24 46:21
ahead 32:23
Aid 29:13,15 31:21,25 32:5,7 34:15
    34:16 35:14,15 53:16
alcohol 41:9,10
alias 49:9
alike 49:15
allegations 35:7
allegedly 33:9,10
Allison's 20:18
allow 37:4
allowed 41:3 45:8,13 51:24 55:23
altercation 16:5
altercations 21:8
Angelina's 17:10 33:4 58:15
anger 40:7,20
angry 40:6
answer 4:25 5:12,21 10:12 32:19
    37:6 44:16 45:10 47:19 55:14
answered 57:12
answering 3:25 22:23
answers 57:13
anticipate 4:4
anxiety 39:11
anybody 18:6
apologize 5:10
apparently 16:10
appearances 56:10,11
approximately 36:3 40:14 43:3
April 15:13,17 52:24
arguing 18:17
arraigned 10:14,19 28:11,13
arraignment 12:24,25 13:2 29:20
    29:21 30:11
arrest 9:10,15,17,18,20,22,22 10:4

13:16,16 14:5,16,18 15:19,20,21
    16:12,21 20:9 21:9 24:14 25:5,10
    38:15 39:10,25 45:16,25 47:14
    47:15,16 48:12 50:10
arrested 9:12,14,18 10:6 13:17,20
    13:21,23 14:21 24:14 27:10,22
    39:5 46:20 47:23 50:3 51:7
arresting 43:22
arrived 16:3
artist 17:8
aside 9:10
asked 13:4 27:5,6 41:12 57:12
asking 3:18 5:10,13 9:6 12:6,7
    14:17 15:10 17:7,14,15 18:11
    23:4 30:23 42:19
assigned 42:12
ASSOCIATES 2:4
assuming 9:16
attempt 55:18
attend 40:11
attended 8:8
attending 7:25 43:2
attention 38:3 43:5 46:9 53:11
attorney 1:11,20 2:10,12 3:16,22
    11:2 13:5,5,9,11 29:11,14,17
    33:7,15 53:20
Attorney's 3:17 31:4
Attorneys 2:4,10
audio 48:16 54:6
August 40:12 44:4,6 45:6 46:5
avenue 1:11 3:12 7:6 24:21
awarded 6:10

## B

B.E.S.T 39:18,20,21 40:4,11,22,23
    40:25 41:8,16
Babylon 3:12 7:4,6 8:13,15 10:5
bachelor's 7:23
back 15:18 16:16,21,25 17:5,20
    19:9,12 24:13,17 25:24 34:17
    44:21 47:20 48:11 54:5,7,10,11
    55:25
bail 10:19 29:22
ballpark 36:12
Bar 8:13
bargain 31:5,7
bars 30:16,19
basically 46:14
basis 55:9
bathroom 16:6
beat 7:20
bed 16:8 39:3,3 43:15
bedroom 16:7 18:8
believe 15:24,24 17:5 19:5,9,22
    24:22 26:21 27:9 29:3 42:21
    49:14 53:4,7
believes 49:14,19,20
best 38:10

## B

birth 4:24 5:2
birthday 5:3
bit 14:14
bits 26:11
blocking 20:4
blood 59:10
blow 17:12 26:6 33:5,9
body 24:2
borrowed 44:20
break 4:11 18:25 53:22
breathalyzer 12:18
bringing 46:16
Brooklyn 2:5
brother 48:18
brother's 49:16
brought 6:14 10:10 28:22 29:5
    31:10,19 47:3,7,10 50:20 51:3
    58:12
building 19:25
bunch 47:8
Burger 8:13

## C

C 2:2 57:2 59:2,2
cab 16:4,4
call 14:3 19:4 24:9 48:11 51:18
Callan 2:12 3:15
called 15:2 17:14,17 19:11,12
    46:14 48:5 52:5
calling 49:23
calls 21:20 22:18,20 24:5 32:18
    35:20 36:25 58:14
car 5:22 12:18 17:21,23 18:3 19:24
    20:3 30:10 58:12
case 1:11 50:17,22 53:2,14 54:2,3
CDs 22:3 54:9
cell 27:20 28:4,5 30:3,13,25
Central 52:14
certify 57:8 59:5,10
charge 29:4,6,9
charged 31:17,20 53:15
charges 10:9 28:22 29:2 31:9,11,18
    36:18,19,21 47:2 50:11,20 51:2
    51:10
cheap 54:17
child 44:22
chimney 9:7 24:17 25:2 43:17,23
    44:2 45:19 47:14
choices 11:10
choking 18:10
Christmas 15:22 47:6
claim 1:2 5:19 13:17 37:15,25
    56:10 58:21
Claimant 1:4,20 2:4
claimed 53:13
clarification 30:7
clarify 10:2 12:22 51:23
classes 40:7,21 41:23,25 42:10 45:9

Claudia 1:23 59:4,18
clear 4:2 50:11
clinical 42:18
closet 18:7
Club 46:16
Colleen 42:16,18
college 7:25 8:3
Collins 48:14 49:21
come 28:10 48:2,11
comes 22:8
coming 15:12 43:21
communications 34:5 35:17
community 46:22
complaint 25:21 26:5 47:24 48:3
    49:4,5 50:15
complete 57:11
comply 12:16,20
complying 37:21
computer 22:4 54:9
con 17:8 24:10
conclusion 48:17
conditions 12:17,20
confinement 30:4,8,9,10 39:10
confronted 16:20,21
connection 31:17 39:13 47:24
conned 14:20
continuance 55:6
continue 31:21
continued 15:6 50:9
continuing 51:6
conversation 17:3 22:13 23:11,17
    25:23,24 26:25
conversations 16:24 19:14,15 23:2
cop 20:3 49:14,19,24,25 50:2,8
Copiague 41:14,15,15
copies 22:9
cops 43:21 51:8
corner 20:23
correct 12:24,25 21:15 22:19 24:18
    26:17 29:6 32:9 37:10 40:2,17
    47:24,25 49:5,6 51:16 53:8 57:11
    57:14
cost 54:2,13
costs 54:4
counselor 41:22 42:11,13,15
County 1:6,8,9,10,10,11,11 2:10,12
    3:16,17 10:8 16:11 19:18,20
    25:12 47:22 48:3,5,8,19 49:3
    50:7,14 52:10,11,12,14 54:12
    55:4,5,19,20 57:6
couple 17:9 19:8 21:25 22:3,21,22
    25:8 54:23
court 3:25 4:9 5:3 6:14,15,15 10:14
    28:14,16 31:13,15 52:13,15 54:5
    54:12,18,20 56:10,11 58:12
courts 56:3
cried 39:4
criminal 7:24 36:20

crying 43:13
current 46:6
currently 7:25 8:11 36:20 39:17
    52:22
curtain 16:6

**D**

D 3:2 57:2 58:2
damages 53:13
Daniel 48:20 49:4,6,22,22
date 4:24 13:22
dated 14:20
daughter 7:12 46:19 51:12,12
daughter's 15:7,12 18:7,15
day 18:23 19:4 27:19 39:5 51:9
    52:4 57:21 59:15
days 14:21 19:9 22:22
deal 11:25 12:3 39:19,24 56:14,15
death 54:22
deceiving 14:24
December 1:16 10:3,21 13:15
    57:10
decided 18:17
Deer 24:24 39:23
defending 53:13 54:2,3
degree 14:2 28:25
denied 35:19
deny 47:15
Department 1:7,8,9 55:4
deposition 55:13 57:10,13
depressed 43:12,14
depression 39:2 42:3
Deputy 2:12 3:16
described 26:15
DESCRIPTION 58:11,20
desserts 8:19,20 46:6
details 6:22 20:8
Detective 26:20,21
detectives 25:14 26:19 34:6,7
diagnosis 42:6
different 4:16 21:8 41:23 42:10
    51:4
digits 5:8
diner 18:18,19,20 22:13
dinner 15:22
direct 38:2 43:5 46:8 53:11
disability 44:22 45:3,4
disabled 44:24
disappear 24:2
discuss 23:2 31:5
discussed 23:3 55:12
discussing 10:24
discussion 33:2,25 38:19 48:25
    55:16
disrupting 43:22
DiStefano 1:23 59:4,18
District 28:16 31:4,15
Dobbs 1:8 26:20,21 55:4

doctor 41:19 42:9
document 37:22 38:6,9
doing 44:15
drive 45:8,13 54:11
driveway 19:25 20:2
driving 10:13 12:11
dropped 29:3,8
drove 19:20
drug 40:4 41:8,9
drugged 15:25
DUI 45:15
duly 3:3 59:7

**E**

E 2:2,2 3:2 57:2,2 58:2 59:2
earn 44:14
earning 43:9,10 45:18
East 2:5
easy 4:19
Ed 13:10
education 7:22
eighteen 7:18
either 16:13 59:10
Eleven 45:20
embarrassing 47:11
emotional 39:8
employed 8:11 25:8 38:17 43:8
employees 43:22
employer 8:24
employment 43:7,11 44:3 47:15
empty 14:25
ended 35:23 36:3
entire 14:7 32:8 55:12
ESQ 2:6,9
estate 15:2
events 26:24
everybody 46:23 47:11
evidence 37:2 55:19
exact 19:21
exactly 19:16 38:25
exam 41:21
EXAMINATION 3:6
examined 3:4
EXECUTIVE 1:10
Exhibit 37:14,18
EXHIBITS 58:19,20
expenses 53:13,18 54:3,4
explicit 37:5
Expressway 23:25

**F**

F 59:2
F-R-A-N-C-E-Z 13:14
fact 46:20
facts 19:6
family 52:13,14,16,20
far 9:22 39:5
FBI 24:9

**Fifteen** 45:23
**fight** 16:7 21:10,11
**fighting** 18:9
**figure** 56:3
**file** 2:13 52:2,8
**filed** 19:18,20 26:5 48:3,19 49:7,15 49:22 50:12 52:16
**filing** 19:19
**final** 53:7
**finally** 15:6
**find** 18:6 24:3 44:3
**fine** 6:19 12:15 17:19
**finish** 3:24
**finished** 37:20
**fired** 13:9 43:16,20,23 45:19,24 47:13
**first** 3:3,23 4:19 9:14,15,18 15:5,19 15:21 16:11,17 19:10 30:8 39:25
**five** 7:9 8:23 25:7
**fix** 15:3
**flip** 15:3,4,14 37:19
**flipped** 15:17 16:10
**flipping** 14:24
**following** 15:12 17:22 18:2 29:19 29:21 45:24
**follows** 3:5
**forgot** 31:16
**form** 32:7
**formal** 42:6
**forth** 54:5,10,12 59:7
**four** 5:8 38:13 43:6 46:9 53:12
**fragile** 47:18
**frail** 47:17
**Francez** 13:13
**FRANKLIN** 1:11
**fraud** 24:10
**friend** 21:16 54:21
**friends** 15:3 47:9
**front** 47:10
**full** 7:5
**further** 59:9

**G**

**G** 2:6 3:2 57:2
**garage** 18:2
**geek** 54:21
**General** 1:22
**gentleman** 34:17
**gentleman's** 33:12
**gestures** 4:9
**getting** 18:3 20:2 48:7
**Gildea** 1:3,19 3:10,15 4:1,21 5:1 6:1 7:1 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1

43:1 44:1 45:1 46:1 47:1 48:1 49:1 50:1 51:1 52:1 53:1 54:1 55:1 56:1 57:8,16 58:7
**girl** 17:15 46:15
**girlfriend** 17:21,23 18:3 46:18
**girlfriend's** 22:4
**girls** 30:21
**give** 11:12 19:6
**given** 15:20 57:14 59:9
**giving** 17:18
**go** 6:16 8:3 11:11 18:17 19:2 24:13 24:16 27:7 28:2 31:10 32:23 40:2 48:23 51:24 54:25 55:23 56:7
**go-around** 46:15
**God** 33:13 35:22
**going** 3:18 4:5,25 5:3,7 7:18 11:9 11:14 14:3,7,13 15:3,13,14,15,16 16:16,20 17:13 18:20,22,25 19:2 20:6,25 22:14 23:6 24:8,9 34:17 37:11,17 38:2 40:8 41:6,7 45:9 46:8 47:20 50:9,22 51:12 54:5 56:5,7
**Golding** 3:12 7:6
**Good** 3:14
**gotten** 51:9
**group** 30:21,22
**groups** 41:24,25
**guess** 27:8 28:3,20 41:23
**guilty** 36:17,18 56:14
**guise** 14:23
**gun** 51:11
**guy** 14:19,19 17:8 34:5
**guys** 30:22 34:5

**H**

**H** 3:2
**half** 48:15
**hand** 4:9 59:15
**handcuffed** 27:15 55:23
**handcuffs** 27:12 46:2
**happened** 10:18,20 15:20 16:2,5 27:3 29:19 31:9
**happier** 33:8
**happy** 4:12,15
**harass** 50:9
**harassing** 49:23 50:2
**harassment** 13:25 28:24 46:21
**head** 4:8 20:22
**health** 38:16,21,22,25 39:8,13 41:11 42:3 45:4 56:13
**hear** 18:16
**HEARING** 1:19
**held** 1:22 27:20 33:2,25 38:19 48:25 55:16
**Hempstead** 28:17 31:14
**hereinbefore** 59:7
**hereunto** 59:14
**hiding** 18:7

**highest** 7:21
**hitting** 18:16
**hold** 33:19,20
**holding** 27:20 28:4,5 30:3,13,25
**home** 3:11 16:4 21:10
**honestly** 35:4 42:22
**Horizons** 39:17 41:5,6,7,10,13,14 41:17,20 42:5,23
**hour** 45:20 51:13
**hours** 8:13 45:21 48:15
**house** 16:5 17:20,25 18:5 21:17 46:17 51:11,11 52:6
**housekeeping** 3:22

**I**

**idea** 16:8
**identical** 47:23
**identification** 37:12,16
**illegal** 55:8
**immediately** 45:24 48:13
**impacted** 46:12
**impaired** 12:11 38:17,22,22 43:9 43:11
**imprisonment** 55:7
**Inaudible** 11:5
**incident** 3:19 13:18 30:5 31:18 39:14 51:7
**INDEX** 58:5,19
**indicating** 44:5
**individual** 20:10 41:24 47:21
**influence** 10:13
**initials** 7:19
**injuries** 38:14 39:10 53:13
**Insert** 7:2 21:6 33:22 58:12,15
**interested** 59:12
**interim** 44:10 45:5
**invest** 15:5 20:17
**investigating** 23:4
**investigator** 34:9,10,12,14,24 35:11,13,14
**involved** 20:11
**irrelevant** 44:11
**Island** 23:25
**Islip** 52:14
**issues** 3:22 39:8
**items** 21:23

**J**

**J-E-F-R-Y-N** 24:20
**jacket** 16:8
**jail** 10:20,25 12:23 29:23 30:2,8,11 30:14,16,22 31:2 48:4,8,9 49:25 51:10,13 52:4
**January** 59:15
**JARED** 2:9
**Jason** 1:6 55:3
**Jefryn** 24:20,22
**Jerusalem** 20:23,24

job 19:23 24:15 46:6 56:3
judge 37:4
judging 46:23
July 44:4,6 45:6 46:5
jump 18:20
June 35:22,23,24 36:3,6 40:14 43:3
jury 36:14
justice 7:24

**K**

K 57:2
K.G 7:14
KASSCHAU 2:9
keep 18:13
kept 15:9 49:23 50:2
Kevin 6:5
kind 20:4 23:13 30:14 40:3
kitchen 46:18
knew 17:23 55:5
know 4:3,12,15 6:16,18,18 8:6
 13:24 14:5,20 15:4,19 16:12,14
 18:24,24 19:15 20:21,22 23:11
 23:14 25:15,18 27:8 28:18,19
 29:8 33:15 34:9,13 37:19 38:24
 41:12 42:16 44:14 47:12,17,18
 49:24 50:16,16,20 51:20,21,24
 54:22
knowledge 38:10
known 4:22
knows 51:22

**L**

L 3:2 57:2
L-U-O-N-G-O 21:18
Law 1:22
Lawrence 20:13 32:13 34:4 35:6
 47:21 48:18,21,22 49:9,15,21,23
 50:2,17,21 51:2
lawsuit 5:16 6:7,14 58:12
leave 6:20 20:25 22:6 27:23 33:17
leaving 19:23 48:6
led 14:5
left 48:6 49:3
legal 29:13,14 31:21,25 32:4,7,7
 34:15,16 35:14,15,16 53:15
let's 23:13 24:13 46:13
level 7:21
Levittown 20:20
license 45:14
licensed 42:18,21
lied 17:24
lies 35:12
listen 26:23 31:24
listened 48:10
literally 43:14
little 14:13
live 52:10
located 8:14 20:19,20 21:3,24

39:22 41:13
long 7:8 8:22 19:25 20:2 23:24 25:4
 27:17 30:24 35:21 44:2
look 49:15
looking 18:6 46:22,23 48:11
looks 46:22
loop 47:8
loss 43:7 46:10
lost 39:5
lot 20:3 24:15 35:7,9,10 39:11
Love 54:22
Lue 1:8 55:4
Luongo 21:18 54:6,18
lying 48:18 49:20

**M**

M 57:2
Ma'am 37:17
Main 8:17 31:14
maintain 32:14
making 46:6
malicious 55:7
man 24:10
management 40:7,20
Mangle 29:18
manner 4:16
March 3:20 8:25 9:11 13:20 14:4
 18:4 19:10 21:12,12 22:15,16,19
 44:4,6 45:6 47:16 52:6,6
Mario 19:11
marked 37:12,15,18
marriage 59:11
matter 1:2 13:12 59:13
mean 6:14 10:7 23:2 25:11 28:14
 38:12 47:15 51:16
means 11:23
medication 5:12
medications 40:24 41:4 42:24
meet 15:23 17:3,19,20 18:23 23:24
 23:24 42:13
memory 15:25
men 46:16,19
mental 39:8,13 41:11 42:3 45:4
 56:13
mentioned 13:16 41:5 43:16 47:21
merit 55:5,10
MERRICK 1:7,9,10
message 48:6,10
messages 16:23 19:13 21:20 32:17
 36:24 48:7,16 54:8 55:24 58:14
met 14:19 42:13
Michael 13:13
middle 55:2
military 9:8
Mineola 1:11,12,15 2:11
minute 37:19
mirrors 16:6
mistaken 50:25

moment 24:13 25:8 47:20
money 19:16 20:11 23:18,20 44:9
 44:19,20
month 15:16
months 8:23 14:20 15:14 16:12
 25:9 39:3,4 40:16
morning 3:14
mouth 18:13
move 36:23
moved 42:12
multiple 41:20
Municipal 1:22

**N**

N 2:2 3:2,2,2 57:2,2 58:2 59:2
name 3:8,15 4:20,22 7:13 13:6,8,8
 14:21 20:10,14,16 21:16 29:17
 33:12,18 42:17 43:24 48:19 49:4
 49:16 58:15
names 26:18
Napoli 46:15
narrative 14:4,8 26:15
Nassau 1:6,8,9,10,11,11 2:10 3:16
 6:15 19:20 25:12 28:15 31:14
 47:23,24 48:5,8 54:12 55:4,5,19
nature 5:19 45:2
near 51:24
necessarily 23:12
need 4:7,11 18:13 22:8 41:9
needed 25:20
needs 38:24
nervous 15:11
never 12:22 35:19
new 1:7,9,10,11,12,15,24 2:5,11
 3:4,13 7:7 10:5 24:24 39:17 41:5
 41:6,7,10,13,14,17,19 42:5,13,23
 44:3 51:19 57:4 59:5
night 15:21,23,25 16:2,3 17:19
 22:17 27:24 28:2
nodded 40:18
nodding 4:8
nose 20:4
Notary 1:23 3:3 57:24 59:4
note 18:22 19:2 22:15
noted 56:19
Notice 13:17 37:14,25 56:9 58:21
number 5:6

**O**

O 3:2 57:2 59:2
o'clock 27:22,24 28:2
oath 57:10
Objection 5:20 10:11 11:3 12:5
 14:6 30:6 44:11 55:11
occur 10:4 21:11
occurred 3:20 9:11 14:4
offense 52:16,21
offhand 33:14

office 2:10 3:17 31:4
officer 1:6,8 16:13 26:20 48:14,14 55:3,4
officers 10:6 25:10,13,19 26:7,23 55:19,21
oh 23:5 27:21 33:13 35:22
okay 4:17,18 5:9 9:25 13:9 14:13 16:20 17:3 20:13 23:6 32:23 33:11 34:21 40:17,23 42:11,15 43:12 48:4 50:16 51:15 53:21
old 7:15 42:15
once 27:14 41:22
one-year 53:4
ongoing 53:2
opening 14:24
opposed 48:21,22
order 51:5,16,16,19 52:2,8,17 53:5 53:7
original 22:7
Originally 15:9
outcome 6:6 50:17 52:20 59:12
outpatient 39:21 40:3 41:2
outside 11:9,15 24:15 46:25
OVADIA 2:6 5:20,24 6:2,23 7:20 9:2,5,16,21,25 10:11,23 11:3,8 11:14,22 12:5 13:6,8,11,24 14:6 14:17 16:14,19 19:6 21:4 22:11 23:10 26:13 28:18,20 30:6,15,18 30:23 31:24 32:4,19,25 33:20,24 34:7,11 36:6,9 37:6 38:16,24 44:5,11,16 45:10 48:23 49:10,18 50:4 51:17,22 55:11
owned 19:10 34:17

**P**

P 2:2,2
P.C 2:4
p.m 1:17 56:19
page 38:3,4,12,12,13 58:6,11,20
pages 37:15 58:21
pajamas 16:5
paragraph 38:13 43:6 46:9 53:12 53:19 54:25 55:2
parent 15:11
Park 24:24 39:23
parking 20:3 24:15
part 35:15 39:19,24
part-time 8:12
parties 59:11
party 15:8 47:7
passed 21:7
Paul 29:18
pause 11:16 53:23
pay 54:6,7,10,10
paying 44:21
pending 36:21
people 4:3 15:22 32:21 34:3 46:15 46:21 47:9

period 30:3 40:10,11 44:10 45:5
perjury 35:10
permanent 52:23
person 19:10 33:4 35:18
person's 33:23
personal 54:21
petition 52:17,21
Phoenix 8:4
phone 16:23 19:8,9,12 21:20,25 22:2,18,23,23,24 24:5 32:18 35:20 36:24 54:9 55:24 58:14
photos 48:16 54:8 55:24
physical 21:10,11 39:9
pictures 16:6
pissed 23:3
pizza 14:25,25 17:6,7,9,9,11,11,13 18:12 19:11 20:16 26:6 33:5,8,10 34:4,18 58:15
place 1:23 14:25 15:2 16:3 17:6,7 17:10,11,11 19:11 20:16 21:9 22:15,16 25:24 26:6 30:18 33:5,8 33:10 34:18 47:18 58:15
placed 27:12
places 17:9,14 18:12
plaintiff 5:15,17
plan 18:22,25
plea 11:20,24 12:3,6,7,10 31:5,7 39:19,24 56:13
pleaded 12:11
pleading 56:14
please 3:8,24 19:7 32:23 37:7
point 6:17 14:15,18 18:15,23 22:21 23:23 31:2 36:24
police 1:6,7,8,8,9 19:18,19,20,21 24:9 27:8,16 47:22 49:7,16 52:5 52:5,12 55:3,3,4,19,20
position 8:18 24:25
possession 36:25
Possibly 28:16 34:11
post 10:19 29:22
power 43:9,10
precinct 1:7,8,9 16:11,11 25:15,24 27:17,21,21,23 28:7
prescribed 40:24 42:23
present 3:11
presently 5:11
preserve 22:10 58:13
preserved 22:6
pretty 54:24
prior 3:25 12:23,25 13:2 38:6 39:18 45:18
private 34:8,9,11,14,24 35:10,13 35:14
probably 25:7 27:24 43:4
problem 40:5
proceeding 11:17 53:24
process 32:8
PRODUCED/INSERTED 58:10

Producing 37:13
professional 39:13
professionals 41:20
program 39:21 40:3 41:2,9,10
promissory 18:22 19:2 22:15
prosecution 55:6,7,10
protection 51:16,19 52:3,9,18 53:5
prove 35:11 49:17
provide 21:5 22:12 33:21
psych 41:21
psychologist 42:19
Public 1:24 3:3 57:24 59:4
pull 19:24 20:3
pulled 20:4
pulling 19:24 20:5
purpose 56:11
pursuant 1:21
put 4:25 5:4,7 6:24 7:18 16:4,25 47:9 54:2
putting 9:10 41:23

**Q**

question 3:24 4:15 11:7,9 14:8 23:12,14 31:4 32:20 37:6 44:17 44:18 45:11 47:19 56:6
questions 3:19 5:13 17:7,14,16 18:11 20:7 23:13 54:23
quick 56:8

**R**

R 2:2 3:2 59:2
ran 17:25
RATSENBERG 2:4
read 38:6 57:9
ready 20:3
real 14:21 15:2 17:18 56:7
really 8:7 16:22 23:6 40:4 43:13 44:21 53:9
reason 43:19 47:14
recall 5:24,25 6:2,3,4,6,13,21 8:16 21:2 26:18 29:14 31:13 34:13 35:4 52:18 56:10
recalls 6:24
recognizance 29:25
record 3:9 4:2 5:2,8 7:19 10:2 23:8 32:25 33:3,24 34:2 38:18,20 48:23 49:2,10,11,13 55:15,17 57:11,13 59:8
recorded 19:13 21:19 32:18 36:24 58:13
recording 16:23
recordings 48:17 54:7
reference 21:19 38:13 39:8 56:9
referenced 22:14 47:14
referred 41:10,17
referring 9:2 46:5 53:18 54:14
regards 25:20 35:8
related 59:10

released 29:24
relevant 44:13
remember 25:17
render 36:14 42:5
rephrase 4:16
report 19:19,20,21 47:22 48:19,20 49:7,16
reporter 4:2,10 5:3 54:19,20
represent 31:21,25
representation 32:8 53:16
represented 13:12 29:11
reputation 46:10,11
request 22:5 58:13
requiring 14:8
reside 7:3,10
resided 7:8
respond 23:13
Respondent's 37:14,18 58:20
Respondents 1:13,21 2:10
response 23:12 28:21 56:2
responses 4:7
restrain 51:20
restraining 51:5,15
result 30:4 38:14 39:10 40:25 45:15 50:14 53:16
return 23:18,20
ride 30:10
right 10:23 20:4,6 21:24 23:7 34:16 36:7 40:12 51:17 56:6,16
rights 55:22
Riverhead 6:16
ROAD 1:7,9,10
room 18:16 46:20
Rose 17:10
Roseanne 21:18 54:6,18
rush 14:10

S

S 2:2 3:2 4:1 5:1 6:1 7:1 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1 44:1 45:1 46:1 47:1 48:1 49:1 50:1 51:1 52:1 53:1 54:1 55:1 56:1 58:7
sanity 38:23 39:2
sat 39:3 48:14
saving 16:22
saying 26:14 30:9
says 43:6 46:9 53:12 55:2
screaming 18:9
Seaford 1:7,9,10 25:18 27:16
search 45:7
second 11:12 13:25 16:15,18,21 23:7 28:24 48:24
Section 1:21

Security 5:6
see 18:3 20:22 39:16 41:19,22 43:6 46:13 50:3 56:8
seeing 39:18
seeking 52:17
seen 37:22
sell 15:15
sent 17:8 18:11 19:12 29:22
sentence 12:12
separate 18:25 19:3
separately 12:9
September 43:4
series 3:18
served 12:22
set 59:7,14
settled 6:12
Seventeen 7:16
SEVENTH 1:7,8,9
sex 46:19
shaking 4:8
Sharonann 1:3,19 3:10 4:21 57:8 57:16
shoot 26:5 51:12
short 17:18
show 37:17
showed 55:24
shower 16:6
shown 55:20
shut 18:14
sides 20:2
sign 18:22,25 22:14 51:11
signature 38:3
signed 40:3,6
signing 38:7
single 15:11
sister 44:21
situation 10:24
six 7:9 14:20 15:14 39:3,4
Sixteen 15:8,12
slapping 46:2
smoking 39:4
Soccer 46:16
social 5:6 42:18
sold 15:17
solicited 20:11
somebody 17:14 18:6 26:6 47:7,10
sorry 13:3,22 14:22 24:16 26:10,20 32:24 40:17 42:8 43:24 49:8,12 50:19,25 54:21
sounds 21:7
space 6:20 21:2 33:17
speak 25:20
specific 42:9
specifically 30:24
spell 20:14
spend 30:2,4 31:2
spoke 26:19
SS 57:5

stalking 51:6,10,14
Star 9:7 24:17,25 43:17,25 44:2 45:19 47:13
start 8:5 41:6
started 16:22 17:7 18:8 35:22,24 39:4 41:7 43:2
starts 26:21
state 1:24 3:4,8 22:7 57:4 59:5
stated 38:21
states 48:20
station 27:16
stay 52:22,23,24
step 11:9,14
STEPHANIE 2:6
stolen 14:22
stop 20:6 23:6 43:13
story 14:7,9,12 26:12,14 49:18
strange 16:8 46:19
strangle 18:21
street 1:12,15 2:5,11 8:16,17 20:21 24:21,22 31:14
submitted 36:25
Subscribed 57:20
subsequent 22:18
substance 12:2,7 22:25 23:17 34:25
sued 6:4
suffer 39:7
suffered 38:14 39:9 46:10
Suffolk 10:8 16:11 19:18 35:8 47:22 48:3,5,19 49:3 50:5,7,14 52:10,11,12,14 55:20
Suite 2:5
sum 12:2,7
support 44:22
supposed 15:23
supposedly 49:6
Supreme 6:15
sure 11:13 53:9,21
swear 42:22
Sweet 15:7,12
sworn 3:3 57:20 59:7

T

T 57:2 59:2,2
T-I-M-M-S 20:15
table 18:21
take 6:23 11:20 12:8 14:13,15 15:13 25:24 27:14 31:7 33:16 37:18 40:7,8,20 41:3 44:3 53:21 54:16 56:12,13
taken 1:20 10:19,25 14:23 17:6 21:4 22:11 27:25 57:9
talk 18:13 25:25
talking 4:3 9:21 16:15 30:16 46:17 50:4,6,23
TASC 12:13
Tauster 2:12 3:7,14,15 6:20 7:17 9:4,19,24 11:18 12:8 13:7 14:11

20:25 22:5 30:12,17,20 33:15
37:11 44:12 49:12 50:18 53:25
55:15 56:16 58:7
**taxis** 54:16
**team** 35:16
**telemarketer** 25:3
**telephone** 26:24 34:5 35:17
**tell** 5:2 14:7,9,11 16:7 19:11 26:2,9
26:10,11 28:6 33:13 43:19 47:5
49:18 54:3 55:18
**telling** 55:25
**temporary** 52:23
**ten** 8:13 40:16
**terrorism** 14:2 29:3 46:21
**terroristic** 29:6,9 32:15 34:19,19
34:23
**test** 56:13
**testified** 3:5 9:19 32:13,22 33:6
34:3,10 35:3 50:25 58:15
**testify** 32:10,12 34:18,21,22,22
35:18
**testimony** 34:25 35:2,3 57:9 58:5
59:6,9
**text** 16:23 19:13 21:20 32:17 36:24
48:16 54:8 55:24 58:14
**thank** 56:18
**theft** 14:23
**therapist** 42:22
**therapy** 41:24
**thing** 31:16
**things** 35:9,11 40:6
**think** 4:4 13:22 16:16 18:12 24:11
33:7 34:8 35:3,4,23 44:12 51:22
53:3,10 54:24 56:16
**thirty-five** 54:22
**thought** 18:20 50:24,25
**threat** 34:19,20,23
**threaten** 27:6
**threatened** 26:5 27:6,7 33:5,9 43:8
43:11 44:14
**threatening** 17:12
**threats** 23:21,22 24:4,7,8 29:6,9
32:15
**three** 16:12 37:15 58:21
**threw** 18:10
**till** 14:21 40:12 45:6
**time** 1:23 4:3,11 8:8 9:3,5,12 11:16
12:23 13:5 21:7 25:2,5 26:3
27:10 28:10 29:5,12 30:2,4 40:9
40:10,11 44:10 53:23 56:18,19
**times** 22:21,22 23:25
**Timms** 20:13 35:6 48:20,21,22
49:4,6,9,21,23 50:2,21 51:2
52:17
**Timms's** 50:17
**today** 5:13 51:8
**told** 14:24 15:2,13,15 16:24,25
17:7,15,17 20:7 25:17 26:4,14

27:4 29:7 46:14 51:8
**Tom** 48:14 49:21
**tomorrow** 42:14
**tonight** 17:4
**top** 55:2
**total** 34:3
**town** 10:7 24:23 25:11
**track** 23:15
**trade** 54:19
**transcribe** 54:6
**transcript** 6:21,25 21:2 33:17 57:9
57:11 59:8
**transcripted** 22:3
**transfer** 54:9
**transportation** 54:13
**treated** 39:12
**treatment** 40:25
**trial** 6:11 11:11 31:10,22,25 32:4
32:10,12,13 35:8,21 37:2 40:13
41:8 43:3 46:14,25 51:4
**tried** 26:8,11
**true** 26:8 35:9 38:9 57:11,14 59:8
**trusting** 16:22
**try** 4:16
**trying** 47:9 49:24,25 51:5
**turn** 24:9 50:9
**turned** 19:17
**twenty** 45:23 56:10
**two** 4:2 14:21 15:20 25:14 34:5
38:3,4,13 48:15 54:25

**U**

**Ubers** 54:16,17
**understand** 4:14 11:22 14:3
**Understood** 30:12
**unemployed** 45:6 46:4
**University** 8:4
**unnecessary** 16:19
**upset** 43:14
**upstairs** 46:18
**usually** 51:18

**V**

**venue** 6:13
**verbal** 4:8 21:11
**verdict** 36:14,16
**version** 17:18 26:24
**vicinage** 25:11
**volunteered** 40:5,6

**W**

**W** 2:12 26:22 57:2
**wages** 44:19
**wait** 3:24 4:6 11:6,8
**waived** 55:22
**walked** 18:5
**wall** 18:10
**want** 9:25 11:6 13:6 14:10 18:16

25:22,23 30:7 43:5 49:9 53:9
56:17
**wanted** 15:4 16:24,25 17:19 20:17
23:23,24 25:25 44:14 51:23
56:12,13
**wants** 16:14
**wasn't** 16:22 17:24 22:23 41:3 45:8
51:24
**way** 3:25 4:9 38:22 43:10 46:11
59:12
**ways** 19:3
**we'll** 6:24 17:3 21:5
**we're** 5:7 7:18 9:23 10:23 11:9,14
21:5 23:8,15 49:12 51:8
**Wednesday** 19:23
**week** 41:22 45:21
**weekend** 47:6
**weeks** 15:20
**went** 6:11 14:18 16:3 17:5 18:8,19
19:9,18,24 48:13,15
**weren't** 45:13
**West** 1:12,15 2:11 3:12 7:4,6 8:17
24:20,22
**whatsoever** 16:2
**WHEREOF** 59:14
**White** 13:10
**whore** 46:14
**willing** 14:9
**withdrawn** 50:18
**witness** 4:18 11:24 13:13 32:3,6
36:8,10 37:21 44:8 50:6 58:6,13
58:15 59:6,9,14
**witnessed** 21:17
**word** 53:20
**work** 8:12,12 44:19 45:7
**worked** 8:22 15:22 25:6 44:22
**worker** 42:19
**working** 42:9 45:22
**worried** 15:7
**Wrieske** 1:6 26:21 55:3
**writing** 17:2
**wrong** 14:19 46:24

**X**

**X** 1:2,14 58:2
**XX/XX/68** 5:5
**XXX-XX-8393** 5:9

**Y**

**yadda** 18:14,14,14
**yeah** 11:24 31:20 36:2,2,5,8,13
39:11 42:4 44:23 47:4 54:15
**year** 4:25 5:4 7:23 12:4,13,19 36:2
52:25 53:7
**years** 7:9 25:7,7 54:22
**York** 1:7,9,10,11,12,15,24 2:5,11
3:4,13 7:7 10:5 24:24 51:19 57:4
59:5

## Z

## 0

## 1

**1** 1:12
**10,000** 14:23 15:5,21 16:25
**103** 3:12 7:6
**11235** 2:5
**11501** 1:11,12 2:11
**11704** 3:13 7:7
**11783** 1:7,9,10
**1550** 1:10
**15th** 10:3 18:4 21:12 22:16
**16th** 21:12,13 22:17
**17th** 2:5
**18** 1:16 57:10
**18X88460** 2:13

## 2

**2** 27:22
**2:15** 1:17
**20,000** 15:18
**2002** 8:6
**2003** 8:6
**2006** 8:10
**2016** 10:3,21 13:15
**2017** 3:20 8:25 9:11 13:20 14:4
    21:14 40:12 44:4,6 45:6,7 47:16
**2018** 1:16 35:25 40:13,14 43:3 44:4
    44:7 46:5 57:10
**2019** 52:25 57:21 59:15
**20th** 35:23 36:4,9,11
**21** 58:14
**21st** 19:10 22:15,19
**22** 13:20 14:4
**22nd** 19:22
**23rd** 52:6
**24th** 52:7
**25** 24:20
**25,000** 6:10
**2579** 2:5

## 3

**3** 58:7
**3:20** 56:19
**33** 58:15
**3636** 1:7,8,10
**37** 58:21

## 4

## 5

**50-h** 1:19
**50(h)** 1:21
**500** 12:15
**51** 2:5

## 6

**6th** 36:10,10

## 7

**7** 58:12
**7th** 59:15

## 8

**8** 27:24,25
**800** 15:16
**8th** 35:22,24 36:6

## 9

**9** 27:24,25
**99** 31:14